JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA TORRES ROLON, | Case No. CV 16-03342-R (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| MOLLY HILL, Acting Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: February 27, 2017

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

1